# United States Court of Appeals
## For the First Circuit

No. 21-1796

UNITED STATES OF AMERICA,

Appellee,

v.

Quinton Spinks, S, a/k/a Travis, a/k/a Trav, a/k/a Q,

Appellant, Defendant.

**ERRATA SHEET**

The opinion of this Court issued on March 23, 2023, is amended as follows:

On page 7, line 16, replace "115-months imprisonment" with "115 months' imprisonment"

On page 10, line 5, replace "months" with "months'"